Squire Patton Boggs (US) LLP
Helen H. Yang (State Bar # 241170)
helen.yang@squirepb.com
Marisol C. Mork (State Bar # 265170)
marisol.mork@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, California  90071
Telephone:  +1 213 624 2500
Facsimile:  +1 213 623 4581

Attorneys for Plaintiff
SALCOMP PLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALCOMP PLC, a Finnish corporation,<br><br>Plaintiff,<br><br>v.<br><br>FOREIGN TRADE CORPORATION, d/b/a TECHNOCEL, a California corporation,<br><br>Defendant. | Case No. 2:17-cv-07807-SSx<br><br>**JOINT STATEMENT OF PLAINTIFF AND COUNTERCLAIM DEFENDANT SALCOMP PLC AND DEFENDANT AND COUNTERCLAIMANT FOREIGN TRADE CORPORATION, d/b/a TECHNOCEL RE: SALCOMP'S (1) APPLICATION FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT; (2) MOTION TO DISMISS COUNTERCLAIM AND (3) MOTION TO STRIKE PUNITIVE DAMAGES** |
| FOREIGN TRADE CORPORATION, d/b/a TECHNOCEL, a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>SALCOMP PLC, a Finnish corporation, and DOES 1 through 10, inclusive,<br><br>Counterclaim Defendants | |

Pursuant to this Court's October 30, 2017 Standing Order, Section 5(b), plaintiff and counterclaim defendant Salcomp PLC ("Salcomp") and defendant and counterclaimant Foreign Trade Corporation d/b/a Technocel ("Technocel") hereby submit the following joint statement regarding Salcomp's (1) Application for Right to Attach Order and order for Issuance of Writ of Attachment, (2) Motion to Dismiss Technocel's Counterclaim, and (3) Motion to Strike Punitive Damages.

The conference took place by telephone on December 21, 2017 for approximately twenty minutes between Helen Yang, counsel for Salcomp, and Jonathan Schaub, counsel for Technocel. During the conference, counsel discussed the following issues:

1. <u>Application for Right to Attach Order and order for Issuance of Writ of Attachment</u>

Counsel for Salcomp advised that Salcomp intends to files an Application for Right to Attach Order and order for Issuance of Writ of Attachment ("Application") based on 95,860 Verizon branded chargers ordered by Technocel, manufactured by Salcomp and shipped from Salcomp to Technocel. Of the total cost due and owing of $2,958,581.00, only one payment of $18,522.00 has been made, leaving a balance of $2,940,059.00 of undisputed debt due and unpaid. Counsel for Salcomp identified the bases for the Application, including its factual support, compliance with California Code of Civil Procedure § 483.010(a), the probable validity of Salcomp's claim, that Salcomp has no real property security for such claims, and that such claims have not been discharged in bankruptcy. No resolution was reached during the conference concerning the anticipated Application.

2. <u>Motion to Dismiss Technocel's Counterclaim</u>

Counsel for Salcomp advised that Salcomp intends to file a Motion to Dismiss Technocel's Counterclaim. After a diligent and good faith search, Salcomp could not locate an executed copy of the NDA agreement referenced in Technocel's Counterclaim. Counsel for Salcomp advised that Salcomp could seek dismissal on

1  such grounds, but would not if Technocel could provide an executed copy of the
2  NDA. Following the conference, counsel for Technocel did provide the executed
3  copy and Salcomp confirmed it would not be moving to dismiss the counterclaim on
4  grounds that the subject NDA was not executed.

5  Counsel for Salcomp advised that it would seek to dismiss Technocel's
6  Intentional Interference with Contractual Relations and Intentional Interference with
7  Prospective Economic Relations claims on grounds that they were not pled with
8  adequate facts, as required by Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555
9  (2007) and Ashcroft v. Iqbal, 556 U.S. 662, 679 (2009). Counsel for Salcomp
10 specifically referenced Sybersound Records, Inc. v. UAV Corp., 517 F.3d 1137, 1075
11 (2008) wherein the Ninth Circuit upheld this Court's dismissal of a claim for
12 intentional interference for failing to plead facts showing "actual disruption, … for
13 example, that [plaintiff] lost a contract" or "that a negotiation with a Customer failed."
14 *Id.* Salcomp maintains that Technocel's counterclaim is similarly deficient. On
15 Technocel's Statutory Unfair Competition claim, Salcomp's counsel advised there
16 were similar deficiencies for lack of adequately pled facts to support sustained
17 "economic injury in fact" based on California Supreme Court authority Kwikset Corp.
18 v. Superior Court, 51 Cal. 310 (2011). Furthermore, Technocel failed to adequately
19 plead that Salcomp PLC's actions were unlawful, unfair, or fraudulent by not
20 identifying a violation of a predicate law (Lopez v. Washington Mut. Bank., F.A.,
21 302 F.3d 900, 907 (9th Cir. 2002)), failing to describe how Technocel "experienced
22 an 'injury' that 'was substantial' and 'could not have been avoided'" (Lee v. Toyota
23 Motor Sales, U.S.A., Inc., 992 F. Supp. 2d 962, 976 (2014)) and failing to allege
24 fraudulent conduct as no members of the public are likely to be deceived (Prata v.
25 Superior Court, 91 Cal. App. 4th 1128, 1146 (2001)).

26 Counsel for Salcomp advised that if Technocel decides to amend its
27 counterclaim on its own, Salcomp would not move to dismiss.

28

*Case No. 2:17-CV-07807-JFW-SSX*
SALCOMP'S AND TECHNOCEL'S
JOINT STATEMENT

3. <u>Motion to Strike Punitive Damages</u>

Counsel for Salcomp advised that Salcomp intends to file a Motion to Strike Punitive Damages on grounds that its claims are premised on a contractual dispute, for which punitive damages are not allowed as a matter of law. (California Civil code section 3294(a)). Counsel for Salcomp also discussed Technocel's failure to plead sufficient facts to request punitive damages. (*See* <u>Twombly</u>, 550 U.S. at 555; *see also* <u>Iqbal</u>, 556 U.S. at 679). Following the conference and further consideration by Salcomp, Salcomp has decided not to proceed with filing the motion to strike.

Dated: December 22, 2017           Squire Patton Boggs (US) LLP

                                   By:       /s/ *Helen H. Yang*
                                              Helen H. Yang
                                              Marisol C. Mork
                                   Attorneys for Plaintiff and Counterclaim
                                   Defendant SALCOMP PLC

Dated: December 22, 2017           Novian & Novian, LLP

                                   By        /s/ *Farhad Novian*
                                              Farhad Novian
                                              Jonathan A. Schaub
                                   Attorneys for Defendant and
                                   Counterclaimant
                                   FOREIGN TRADE CORPORATION,
                                   d/b/a TECHNOCEL

**ATTESTATION STATEMENT**

I, Helen H. Yang, the filer of this Joint Statement, attest pursuant to Civil L.R. 5-4.3.4(a)(2) that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                              */s/ Helen H. Yang*
                                              Helen H. Yang

**Proof of Service**
(Pursuant to California State Law)

The undersigned certifies and declares as follows:

I am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is 555 South Flower Street, 31st Floor, Los Angeles, California 90071, which is located in the county where any non-personal service described below took place.

On December 22, 2017, a copy of the following document(s):

**JOINT STATEMENT OF PLAINTIFF AND COUNTERCLAIM DEFENDANT SALCOMP PLC AND DEFENDANT AND COUNTERCLAIMANT FOREIGN TRADE CORPORATION, d/b/a TECHNOCEL RE: SALCOMP'S (1) APPLICATION FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT; (2) MOTION TO DISMISS COUNTERCLAIM AND (3) MOTION TO STRIKE PUNITIVE DAMAGES**

With the Clerk of the court using CM/ECF system which will then send a notification of such filing to the following:

Farhad Novian, Esq.
Jonathan A. Schaub, Esq.
NOVIAN & NOVIAN, LLP
1801 Century Park East Suite 1201
Los Angeles, CA 90067
www.novianlaw.com
Phone: 310-553-1222
Fax: 310-553-0222

I declare under penalty of perjury under the laws of the State of California that the above is true and correct

Executed on December 22, 2017, at Los Angeles, California.

*/s/ Helen H. Yang*
Helen H. Yang

010-8565-1875/3
115258.00002

SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071