JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALCOMP PLC, a Finnish corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FOREIGN TRADE CORPORATION, d/b/a TECHNOCEL, a California corporation,<br><br>　　　　Defendant. | Case No. 2:17-cv-07807-JFW-SSx<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ACTION**<br><br>[*Joint Stipulation for Dismissal of Action filed concurrently herewith*]<br><br>Judge: Hon. John F. Walter<br>Courtroom: 7A<br><br>Complaint Filed:　　October 25, 2017<br>Am. Counterclaim Filed: February 8, 2017 |
| FOREIGN TRADE CORPORATION, d/b/a TECHNOCEL, a California corporation,<br><br>　　　　Counterclaimant,<br><br>　v.<br><br>SALCOMP PLC, a Finnish corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Counterclaim Defendants. | |

- 1 -

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties' Joint Stipulation for Dismissal of Action is GRANTED, and the operative Complaint (D.E. 1) and Counterclaim (D.E. 38) are dismissed without prejudice. Defendant Foreign Trade Corporation d/b/a Technocel and Counterclaim Defendant Salcomp PLC are hereby dismissed from these actions. Each party shall bear its own costs.

Dated: August 29, 2018

_____
**THE HONORABLE JOHN F. WALTER**
United States District Court for the Central District of California